# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00027-CR

**Blair Beck McCall, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-15-0868, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On February 12, 2021, appellant moved for rehearing in this appeal, and that motion for rehearing remains pending in this Court. We abate this cause pending resolution by the Court of Criminal Appeals of the motions for rehearing filed in *Ortiz v. State*, Nos. PD-1061-19, PD-1362-18, __ S.W.3d __, 2021 WL 900673 (Tex. Crim. App. Mar. 10, 2021) (op., designated for publication). We direct appellant to notify this Court of the Court of Criminal Appeals' resolution by filing a letter with this Court within 30 days of that resolution, though appellee may so inform this Court and this Court may reinstate this appeal on its own motion.

Before Justices Goodwin, Baker, and Kelly

Abated

Filed: June 9, 2021

Do Not Publish